United States District Court
Southern District of Texas
**ENTERED**
November 14, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUAN SOLITAIRE, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 1:19-CV-132 |
| § | |
| EASY WAY LEISURE CORP.; dba EASY WAY § | |
| PRODUCTS, § | |
| § | |
| Defendants. § | |

## **ORDER**

On November 13, 2019, the parties filed an agreed stipulation of dismissal with prejudice, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) (Doc. 13). The stipulated dismissal was with prejudice to refiling.

The Clerk's Office is ordered to terminate this case. Except as provided by any settlement agreement, each party shall bear its own fees and costs.

SIGNED this 14th day of November, 2019.

_____
Fernando Rodriguez, Jr.
United States District Judge